# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 9, 2019

## NO. 03-19-00084-CV

**Darius L. Heads, Appellant**

**v.**

**Brittney McDade, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on January 29, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.